# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: June 10, 2020

| | |
|---|---|
| * * * * * * * * * * * * * | |
| EVA CRUZ and OMAR LOPEZ JIMENEZ, *Special Administrators of the Estate of* L.J.L., | UNPUBLISHED |
| Petitioners, | No. 14-1119V |
| v. | Special Master Gowen |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Order Concluding Proceedings; Vaccine Rule 21(a). |
| Respondent. | |
| * * * * * * * * * * * * * | |

*Karen H. Ross*, Law Office of Karen H. Ross, Henderson, NV, for petitioners.
*Camille M. Collett*, United States Department of Justice, Washington, DC, for respondent.

### ORDER CONCLUDING PROCEEDINGS[1]

On June 10, 2020, the parties filed a joint stipulation of dismissal pursuant to Vaccine Rule 21(a)(1)(B).  ECF No. 130.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is **dismissed without prejudice**.  The Clerk of Court is hereby instructed that **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

IT IS SO ORDERED.

**s/Thomas L. Gowen**
Thomas L. Gowen
Special Master

---

[1] Pursuant to the E-Government Act of 2002, *see* 44 U.S.C. § 3501 note (2012), because this opinion contains a reasoned explanation for the action in this case, I am required to post it on the website of the United States Court of Federal Claims.  The court's website is at http://www.uscfc.uscourts.gov/aggregator/sources/7.  **This means the opinion will be available to anyone with access to the Internet.**  Before the opinion is posted on the court's website, each party has 14 days to file a motion requesting redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy."  Vaccine Rule 18(b).  "An objecting party must provide the court with a proposed redacted version of the decision."  *Id.*  **If neither party files a motion for redaction within 14 days, the opinion will be posted on the court's website without any changes.**  *Id.*